### 26741. POSS v. CARLTON COMPANY et al.

FELTON, Justice. We granted certiorari to review the judgment of the Court of Appeals in *Carlton Co. v. Poss,* 124 Ga. App. 154 (183 SE2d 231). Upon consideration of the case we are of the opinion that the Court of Appeals correctly decided this case and its judgment is

*Affirmed. All the Justices concur.*

ARGUED NOVEMBER 8, 1971—DECIDED DECEMBER 1, 1971.

*Divine, Busbee & Wilkin, Reinhardt, Whitley & Sims, Glenn Whitley,* for appellant.

*Perry, Walters, Langstaff, Lippitt & Campbell, Jesse W. Walters,* for appellees.